## Dunn-Salmon Co. *v.* Edwards, Appellant.

Argued Feb. 23, 1915. Appeal, No. 7, February T., 1915, by defendant, from judgment of C. P. Tioga Co., May T., 1914, No. 233, on verdict for plaintiff in case of Dunn-Salmon Company, Incorporated under the laws of New York v. Arthur Edwards. Before RICE, P. J., ORLADY, HEAD, KEPHART and TREXLER, JJ. Affirmed.

OPINION BY HEAD, J., July 21, 1915:

The facts in the present appeal are identical in every respect with those in the case of Putney Shoe Company v. Edwards, in which an opinion has this day been filed, ante, page 338.   For the reasons there given we must hold the conclusion reached by the learned trial judge was the correct one.   The assignments of error are consequently overruled and the judgment is affirmed.